JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CONSTANTINO | ) Case No. SACV 12-0921-JGB (ANx) |
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| AETNA LIFE INSURANCE COMPANY, FEDERAL EXPRESS CORPORATION LONG TERM DISABILITY PLAN, and DOES 1 to 50 | ) |
| Defendants. | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with the Court's Findings of Facts and Conclusions of Law, the Court enters Judgment in favor of Defendants in this matter.

IT IS SO ORDERED.

Dated: Oct. 6, 2014      _____
                          Jesus G. Bernal
                          United States District Judge

1